428 A.2d 671

Commonwealth v. Lewis, Appellant.

Submitted November 16, 1979.  John H. Corbett, Jr., for appellant;  Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., concurred in the result.